UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT FLORIDA

| | |
|---|---|
| INTERCOL JV CORPORATION, a Republic of the Marshall Islands corporation, VICTORIA GIRALDO, an individual, and VICTOR GUILLERMO GIRALDO, an individual, <br><br>  Plaintiffs, <br>VS. <br><br>BAL HARBOUR QUARZO, LLC, a Florida limited liability company, JUAN G. ARCILA, individually, CARLOS MAHECHA, individually, SYNERGY CAPITAL GROUP, LLC, a Florida limited liability company, OA DEVELOPMEMTS, INC., a Florida corporation and LUNA DEVELOPMENTS GROUP. LLC, a Florida limited liability company, <br><br>  Defendants. <br>_____/ | CASE NO: 12-cv-24449-JLK |

**INTERCOL JV CORPORATION' AND DEFENDANTS'**

**<u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

INTERCOL JV CORPORATION (hereinafter "Intercol") and BAL HARBOUR QUARZO, LLC, JUAN G. ARCILA, CARLOS, MAHECHA, SYNERGY, CAPITAL GROUP, LLC, OA DEVELOPMENTS, INC. and LUNA DEVELOPMENTS GROUP, LLC (hereinafter the "Defendants") (Intercol and the Defendants hereinafter referred together as the "Parties"), by and through the undersigned counsels, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), and pursuant to the Parties' Confidential Settlement Agreement, hereby stipulate and agree to Dismiss Intercol's claims With Prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted on this April 10, 2014.

| | |
|---|---|
| **RAUL E. ESPINOZA, P.L.** | **GRAYROBINSON P.A.** |
| Attorney for Plaintiffs | Attorneys for Defendants |
| 175 SW 7th Street, Suite 1806 | 1221 Brickell Avenue, Suite 1600 |
| Miami, Florida 33130 | Miami, Florida 33131-0014 |
| | |
| By: ____/s/ Raul E. Espinoza_____ | By: ____/s/Juan Martinez_____ |
| **Raul E. Espinoza, Esq.** | **Juan Martinez, Esq.** |
| Florida Bar No.: 50664 | Florida Bar No.: 9024 |
| Tel.: 786.539.5410 | Telephone: 305-416-6880 |
| Fax: 786.539.5411 | Facsimile: 305-416-6887 |
| Email: respinoza@repalaw.com | E-mail: juan.martinez@gray-robinson.com |